**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Quentin Stepfon Dean, Appellant.

Appellate Case No. 2013-001784

---

Appeal From Abbeville County
Frank R. Addy, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-088
Submitted January 1, 2015 – Filed February 25, 2015

---

**APPEAL DISMISSED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor David Matthew Stumbo, of Greenwood, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur**.

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.